# EXHIBIT C

NATIONAL HOCKEY LEAGUE PLAYERS' ASSOCIATION
VOLUNTARY ARBITRATION TRIBUNAL

B E T W E E N:

NEWPORT SPORTS MANAGEMENT INC.

Applicant

And

EVANDER KANE

Respondent

# AWARD

**THIS GRIEVANCE** was filed by the Applicant as against the Respondent to the National Hockey League Players' Association Voluntary Arbitration Tribunal in accordance with the Regulations Governing NHLPA Agent Certification.

**ON READING** the Grievance submitted by the Applicant, no Answer having been filed, and on reading the Settlement Agreement entered into between the parties dated August 13, 2020;

1. **THIS TRIBUNAL ORDERS AND AWARDS** that the Respondent, Evander Kane, pay to the Applicant, Newport Sports Management Inc., the amount of $528,730.16 US Dollars (Five Hundred and Twenty – Eight Thousand, Seven Hundred and Thirty US Dollars and sixteen cents).

DATED AT TORONTO THIS 23rd DAY OF OCTOBER, 2020.

_Stephen Raymond_ (signature)

Stephen Raymond