| | |
|---|---|
| *Attorney or Party without Attorney:*<br>IRA M. STEINBERG (#273997)<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>    *Telephone No:*  310-553-3610<br><br>    *Attorney For:*  Petitioner     *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the Northern District of California

    *Plaintiff:*    NEWPORT SPORTS MANAGMENT, INC., a Canadian corporation
    *Defendant:*  EVANDER KANE

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-cv-07815-SVK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action, Petition ; Civil Cover Sheet; Civil Pretrial Standing Order; ECF Registration Information; Notice of Assignment of Case To A United States Magistrate Judge For Trial; Notice Of A Lawsuit and Request to Waive Service of a Summons; Standing Order for All Judges of the Northern District of California; Settlement Conference Standing Order; Waiver of the Service of Summons; Civil and Discovery Referral Matters Standing Order; Petition to Confirm Foreign Arbitration Award

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Mon, Jan 11, 2021
    b. Place of Mailing: LONG BEACH, CA 90813
    c. Addressed as follows: EVANDER KANE
                2301 RICHLAND AVE., SAN JOSE, CA 95125

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Jan 11, 2021 in the ordinary course of business.

                                                        Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
    a. Summer Dos Santos                              d. *The Fee* for Service was:
    b. **FIRST LEGAL INVESTIGATIONS**                 e. I am: Not a Registered California Process Server
       2070 N. TUSTIN AVENUE, 2ND FLOOR
       SANTA ANA, CA 92705
    c. (714) 550-1375

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

                                01/11/2021                              *(Signature)*
                                  (Date)



| Judicial Council Form | PROOF OF SERVICE | 5242109 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | BY MAIL | (104106) |