| | |
|---|---|
| *Attorney or Party without Attorney:*<br>IRA M. STEINBERG (#273997)<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>   *Telephone No:* 310-553-3610<br><br>   *Attorney For:* Petitioner    *Ref. No. or File No.:* | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | |
| *Plaintiff:* NEWPORT SPORTS MANAGMENT, INC., a Canadian corporation<br>*Defendant:* EVANDER KANE | |
| **PROOF OF SERVICE**   *Hearing Date:*   *Time:*   *Dept/Div:*   *Case Number:* 5:20-cv-07815-SVK | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Petition ; Civil Cover Sheet; Civil Pretrial Standing Order; ECF Registration Information; Notice of Assignment of Case To A United States Magistrate Judge For Trial; Notice Of A Lawsuit and Request to Waive Service of a Summons; Standing Order for All Judges of the Northern District of California; Settlement Conference Standing Order; Waiver of the Service of Summons; Civil and Discovery Referral Matters Standing Order; Petition to Confirm Foreign Arbitration Award

3. a. Party served:     EVANDER KANE
   b. Person served:    "JOHN DOE" -  authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    1500 S 10th St, San Jose, CA 95112

5. I served the party:
   a. **by substituted service.**    On: Mon, Jan 04 2021 at: 12:37 PM by leaving the copies with or in the presence of:
   "JOHN DOE" - AUTHORIZED TO ACCEPT , Caucasian , Male , Age: 20's , Hair: Brown , Eyes: Brown , Height: 5'8" , Weight: 177 .

   (1) [  ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [  ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>IRA M. STEINBERG (#273997)<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>   *Telephone No:* 310-553-3610<br><br>   *Attorney For:* Petitioner | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California ||| 
| *Plaintiff:* NEWPORT SPORTS MANAGMENT, INC., a Canadian corporation<br>*Defendant:* EVANDER KANE ||| 
| **PROOF OF SERVICE** | Hearing Date:    Time:    Dept/Div: | Case Number:<br>5:20-cv-07815-SVK |

6. **Person Who Served Papers:**
   a. Ellenor Rios (PS0984, Santa Clara)
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375
   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/11/2021
(Date)                                                (Signature)



PROOF OF SERVICE

5242109
(104106)
Page 2 of 2