IRA M. STEINBERG (SBN 273997)
ISteinberg@ggfirm.com
DANIEL PARINO (SBN 323426)
jswearingen@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Petitioner Newport Sports Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEWPORT SPORTS MANAGMENT, INC., a Canadian corporation,<br><br>　　　　　Petitioner,<br><br>v.<br><br>EVANDER KANE,<br><br>　　　　　Respondent | **Case No.  5:20-cv-07815-SVK**<br><br>Judge: Hon. Susan van Keulen<br><br>**NOTICE OF CHAPTER 7 BANKRUPTCY FILING AND AUTOMATIC STAY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Evander Kane filed a Voluntary Petition for Individual Bankruptcy under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California, assigned case number 21-50028. The Notice of Chapter 7 Bankruptcy Case is attached hereto as Exhibit A. Pursuant to 11 U.S.C. section 362 this matter is stayed pending resolution of the bankruptcy proceedings.

DATED: January 20, 2021   GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: /s/ Daniel Parino
─────────────────────────
DANIEL PARINO (SBN 323426)
Attorneys for Petitioner NEWPORT
SPORTS MANAGEMENT, INC.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

60381-00002/3950431.1

NOTICE OF CHAPTER 7 BANKRUPTCY
FILING AND AUTOMATIC STAY

**PROOF OF SERVICE**

I, Myra Gutierrez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 2600, Los Angeles, California 90067.

On January 20, 2021, I electronically filed the attached document:

**NOTICE OF CHAPTER 7 BANKRUPTCY FILING AND AUTOMATIC STAY**

with the Clerk of the court using the CM/ECF system.

And I hereby do certify that I have e-mailed by transmitting via e-mail or electronic transmission the above-listed document(s) to the person(s) at the e-mail address(es) listed below and mailed by United States Postal Service the document to the following non CM/ECF participant:

Stephen D. Finestone
Finestone Hayes LLP
456 Montgomery St., 20th Floor
San Francisco, CA 94104
sfinestone@fhlawllp.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 20, 2021, at Los Angeles, California.

*/s/ Myra Gutierrez*
Myra Gutierrez