IRA M. STEINBERG (SBN 273997)
ISteinberg@ggfirm.com
DANIEL PARINO (SBN 323426)
DParino@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Petitioner Newport Sports Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEWPORT SPORTS MANAGMENT, INC., a Canadian corporation,<br><br>    Petitioner,<br><br>v.<br><br>EVANDER KANE,<br><br>    Respondent | **Case No. 5:20-cv-07815-SVK**<br><br>Judge: Hon. Susan van Keulen<br><br>**STATUS REPORT OF NEWPORT SPORTS MANAGEMENT, INC.** |

Petitioner Newport Sports Management, Inc. provides the follow report on the status of the bankruptcy proceedings initiated by Respondent Evander Kane:

The Chapter 7 bankruptcy petition has involved contentious litigation between Mr. Kane and his largest creditors since its inception. The creditors thus far have unsuccessfully sought to dismiss the chapter 7 bankruptcy case and convert the case to a reorganization case under chapter 11—decisions which the creditors have appealed. The creditors have also renewed their efforts to dismiss the chapter 7 case by filing a new motion to dismiss the case on the grounds that Mr. Kane filed his bankruptcy in bad faith. That matter is currently pending and is set for hearing in October 2021. The creditors recently succeeded, in part, in their objection to Mr. Kane's California homestead exemption with respect to his primary residence in San Jose, and Mr. Kane has since appealed that decision.

DATED: July 28, 2021                GREENBERG GLUSKER FIELDS
                                    CLAMAN & MACHTINGER LLP


                                    By: /s/ Ira M. Steinberg
                                    _____
                                    IRA M. STEINBERG (SBN 273997)
                                    Attorneys for Petitioner NEWPORT
                                    SPORTS MANAGEMENT, INC.

## PROOF OF SERVICE

I, Bonny Gaza, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 2600, Los Angeles, California 90067.

On July 28, 2021, I electronically filed the attached document:

**STATUS REPORT OF NEWPORT SPORTS MANAGEMENT, INC.**

with the Clerk of the court using the CM/ECF system.

And I hereby do certify that I have e-mailed by transmitting via e-mail or electronic transmission the above-listed document(s) to the person(s) at the e-mail address(es) listed below and mailed by United States Postal Service the document to the following non CM/ECF participant:

Stephen D. Finestone
**Finestone Hayes LLP**
456 Montgomery St., 20th Floor
San Francisco, CA 94104
Tel: (415) 421-2624
Email: sfinestone@fhlawllp.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 28, 2021, at Los Angeles, California.

/s/ Bonny Garza
Bonny Garza