UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPORT SPORTS MANAGMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVANDER KANE, <br><br> Defendant. | Case No.  20-cv-07815-SVK <br><br> **STATUS REPORT ORDER** <br><br> Re: Dkt. No. 17 |

On January 20, 2021, Newport Sports Management, Inc. ("Plaintiff") filed a Notice of Chapter 7 Bankruptcy Filing and Automatic Stay.  Dkt. 14.  On January 22, 2021, the Court stayed this case.  Dkt. 15.  On July 28, 2021, Plaintiff filed a status report advising that the creditors in the bankruptcy proceeding had appealed orders of the United States Bankruptcy Court and had filed a motion to dismiss the case.  Dkt. 17.  As of this date, no further update has been provided.  Accordingly, Plaintiff is ORDERED to submit a status report by **April 11, 2022**.

**SO ORDERED.**

Dated: April 4, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge