IRA M. STEINBERG (SBN 273997)
ISteinberg@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Petitioner Newport Sports
Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEWPORT SPORTS MANAGEMENT, INC., a Canadian corporation,<br><br>Petitioner,<br><br>v.<br><br>EVANDER KANE,<br><br>Respondent | **Case No.  5:20-cv-07815-SVK**<br><br>Judge: The Hon. Susan van Keulen<br><br>**STATUS REPORT OF NEWPORT SPORTS MANAGEMENT, INC.** |

Pursuant to the Court's order that Petitioner provide a status update, Petitioner reports that on April 5, 2022, the U.S. District Court for the Northern District of California denied Respondent's motion to dismiss the appeal of the bankruptcy court's decision not to convert Respondent's bankruptcy case from a Chapter 7 to a Chapter 11 proceeding. *South River Capital, LLC v. Kane*, 2022 WL 1015995 (N.D. Cal. Apr. 5, 2022). Earlier, on October 12, 2021, a bankruptcy court denied another creditor's motion to dismiss the Chapter 7 proceeding. *In re Evander Kane*, N.D. Cal. Bankr. Case No. 21-50028, at Dkt. 233. The bankruptcy proceedings remain ongoing.

DATED: April 11, 2022

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Ira Steinberg
IRA M. STEINBERG (SBN 273997)
Attorneys for Petitioner NEWPORT
SPORTS MANAGEMENT, INC.